469 A.2d 286

Commonwealth v. Evans, Appellant.

Submitted February 10, 1983. Nicholas Mark Panko, for appellant; Gailey C. Keller, District Attorney, for Commonwealth, appellee.

Before BROSKY, CIRILLO and LIPEZ, JJ.

Judgment of sentence affirmed.